**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
CONSUMER FEDERATION OF         )
AMERICA                        )
        Plaintiff,             )
    v.                         )
                               )   Civ. Action No. 04-1788 (EGS)
                               )
UNITED STATES DEPARTMENT       )
OF AGRICULTURE                 )
                               )
        Defendant.             )
_____)
```

**ORDER**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 28th day of July, 2005, hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of Defendant and shall remove this case from the active calendar of the Court.

**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            JULY 28, 2005**

1